

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/21/2009

IN RE: § Case No. 01-39810-H4-7

First Edge Sornson LLC

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. 223 ) is denied for the following reason(s):

1. _____ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6.   X    Other: Funds have not been deposited for payee, by trustee.

Signed    4-21-2009   .

United States Bankruptcy Judge